[No. 14429–4–I.  Division One.  April 22, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. RANDY CANUPP, *Appellant.*

Appeal from a judgment of the Superior Court for Island County, No. 3332, Walter J. Deierlein, Jr., J., entered March 1, 1984. *Affirmed* by unpublished opinion per Ringold, J., concurred in by Swanson and Coleman, JJ.

[No. 13612–7–I.  Division One.  April 22, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. STEVAN ARTICE DOZIER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83–1–00086–2, Jim Bates, J., entered August 10, 1983. *Affirmed* by unpublished opinion per Ringold, J., concurred in by Swanson and Coleman, JJ.

[No. 14161–9–I.  Division One.  April 22, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. DOUGLAS ALEXANDER RICHARDS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83–8–10145–6, Jack Richey, J. Pro Tem., entered December 8, 1983. *Denied* by unpublished opinion per Ringold, J., concurred in by Scholfield, A.C.J., and Webster, J.